### No. 2.

#### CLOW *against* WRIGHT. *Franklin*, 1816.

IN a case where a military officer, stationed on the lines of the territory, in time of war, seized, the person of an individual

who was transporting property towards the enemy's province, under circumstances to create a reasonable suspicion, that he was about to transport the same to the enemy, and immediately delivered him over to his superior officer.

The Court held the officer seizing was justified.